IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01030-RPM

STEPHANIE ZUEHLKE,,

        Plaintiff,

v.

UNIVERSAL UTILITY SERVICES, L.L.C. and
XCEL ENERGY CORPORATION,

        Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16.2A and 29.1,  it is

ORDERED that a scheduling conference will be held on **September 9, 2005, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the

proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to

**Matsch_Chambers@cod.uscourts.gov**.

Dated: July 19th, 2005

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge