IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01030-RPM

STEPHANIE ZUEHLKE,,

        Plaintiff,

v.

UNIVERSAL UTILITY SERVICES, L.L.C. and
XCEL ENERGY CORPORATION,

        Defendants.

---

ORDER GRANTING MOTION TO FILED AMENDED ANSWER

---

        Pursuant to the Unopposed Motion to File Amended Answer, filed on October 7, 2005, it is

        ORDERED that the motion is granted and the Answer tendered therewith is ordered filed.

        Dated: October 11th, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge