IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01030-RPM

STEPHANIE ZUEHLKE,

        Plaintiff,

v.

UNIVERSAL UTILITY SERVICES, L.L.C., and
XCEL ENERGY CORPORATION,

        Defendants.
_____

ORDER GRANTING MOTION TO WITHDRAW
_____

Upon consideration of the Unopposed Motion to Withdraw, filed on August 2, 2005, it is

ORDERED that Elizabeth R. Imhoff is allowed to withdraw as counsel for Defendants Universal Utility Services, L.L.C., and Xcel Energy Corporation, and she is relieved of any further responsibilities in this matter.

DATED:  October 25, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge