**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                March 15, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-01030-RPM

STEPHANIE ZUEHLKE,                                          Robert J. Truhlar
                                                            Frederick J. Dindinger, II

    Plaintiff,

v.

UNIVERSAL UTILITY SERVICES, L.L.C.,                         Meghan Martinez
EXCEL ENERGY, INC. d/b/a Xcel Energy Services and UUS,      Susan P. Klopman
EXCEL ENERGY SERVICES, INC. d/b/a Excel Energy and UUS, and
UTILITY ENGINEERING CORPORATION, d/b/a UUS,

    Defendants.

_____

## COURTROOM MINUTES
_____

**Hearing on Motion**

**2:00 p.m.**     **Court in session.**

Court's preliminary remarks.

Court states its understanding of the case.

2:10 p.m.     Argument by Ms. Martinez.

2:25 p.m.     Argument by Mr. Dindinger.

Court's findings and conclusions as stated on record.

**ORDERED:**   Defendants' Motion for Summary Judgment, filed May 8, 2006 [45], is granted and the case is dismissed.

**2:40 p.m.**     **Court in recess.**

Hearing concluded.   Total time in court: 40 min.